435 A.2d 259

Groman v. Klaus and Merritt's Antiques, Inc.

Appeal of Merritt's Antiques, Inc.

Argued June 10, 1980. Alan I. Baskin, for appellant; William H. Mitman, Jr., for Groman, appellee; Michael B. Kean, did not file a brief on behalf of Klaus, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.